**Order entered January 31, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01526-CV

**CHRISTINE L. BLOW AND KENNETH A. BLOW, Appellants**

**V.**

**U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR MORGAN STANLEY MORTGAGE LOAN TRUST 2006-11, AND SAMMY KNAPP, Appellees**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-02930-2015**

## ORDER

Before the Court is appellants' January 27, 2017 motion for extension of time to pay for the clerk's and reporter's records. We note the court reporter is not responsible for preparing and filing the reporter's record until the reporter's fee has been paid or satisfactory payment arrangements have been made.

Accordingly, we **ORDER** appellants to file, within **FIFTEEN DAYS** from the date of this order, written verification that appellants have paid for the reporter's record or made satisfactory payment arrangements with the court reporter. *See* TEX. R. APP. P. 35.3(b).

We **GRANT** appellants' motion for an extension of time to file appellants' brief and **ORDER** the brief to be filed within **THIRTY DAYS** from the date of this order.

/s/    ELIZABETH LANG-MIERS
        JUSTICE